

**FILED**
**CLERK, U.S. DISTRICT COURT**

**MAY 2 7 2016**

**CENTRAL DISTRICT OF CALIFORNIA**
**BY** _____ **DEPUTY**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>JASON MICHAEL DAY,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:15-CR-00312-GHK<br><br>**ORDER OF TEMPORARY DETENTION**<br>**PENDING HEARING PURSUANT**<br>**TO BAIL REFORM ACT** |

Upon motion of _defendant_____, IT IS ORDERED that a detention hearing is set for _June 2_____, _2016_____, at _2:30_____ ☐a.m. / ☒p.m. before the Honorable _Karen L. Stevenson_____, in Courtroom _E_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _May 27, 2016_____      _Karen L. Stevenson_____
                                  U.S. District Judge/Magistrate Judge